lan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
825 Merrimon Ave, Ste C
PMB # 354
Asheville, NC 28804
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MATTHEW C., | 1:23-cv-00906-AR |
| Plaintiff, | ORDER GRANTING ATTORNEYS' FEES |
| v. | UNDER 42 U.S.C. § 406(b) |
| Commissioner of Social Security, | |
| Defendant. | |

Alan Graf is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $18,955.25, to be paid from Plaintiff's past-due benefits. Such net sum represents the full amount of $31,205.25 in § 406(b) attorney fees minus fees Plaintiff's counsel previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $12,250, for a net award of $18,955.25.

The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

DATED this 19th day of March, 2025

_____
United States Magistrate Judge

Presented by:

/s/ Alan Graf
Alan Graf
of Attorneys for Plaintiff
ORDER GRANTING ATTORNEYS' FEES